# Order

Michigan Supreme Court
Lansing, Michigan

March 17, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152036(62)

SHAKEETA SIMPSON, as Personal
Representative of the ESTATE OF ANTAUN
SIMPSON,
              Plaintiff-Appellee,

and

SHAKEETA SIMPSON,
              Plaintiff,

v

ALEX PICKENS, JR. & ASSOCIATES, M.D.,
P.C., d/b/a PICKENS MEDICAL
CENTER, BRIGHTMOOR GENERAL
MEDICAL CENTER, INC., d/b/a
BRIGHTMOOR-PICKENS MEDICAL
CENTER, ALEX PICKENS, JR., M.D., and
LINDA S. HARTMAN, P.A.,
              Defendants-Appellants.

SC: 152036
COA: 320443
Wayne CC: 13-000307-NH

_____/

On order of the Court, the motion for reconsideration of this Court's December 21, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

BERNSTEIN, J., not participating due to his prior relationship with The Sam Bernstein Law Firm.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk